**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael BORJAS–RIOS, Defendant–Appellant.**

**No. 09–10104.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 4, 2010.

Robert A. Bork, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Rene Valladares, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Rafael Borjas–Rios appeals from the 41-month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Borjas–Rios received a 16–level enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii), for being previously convicted of a crime of violence. He contends that his sentence is substantively unreasonable because it is excessive in light of the circumstances of his prior conviction and the totality of his life prior to and after that conviction. Borjas–Rios' sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. See *United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc); cf. *United States v. Amezcua–Vasquez*, 567 F.3d 1050, 1054–58 (9th Cir.2009).

**AFFIRMED.**

See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.